### 22173. GABRIEL v. GABRIEL.

GRICE, Justice. It now appearing that the respondent has complied with the judgment of contempt by payment of the amount required, his assignment of error upon such contempt judgment is moot, and the writ of error is therefore dismissed. *McCallum v. McCallum,* 162 Ga. 84 (132 SE 755) ; *Thompson v. Thompson,* 172 Ga. 165 (157 SE 628).

*Writ of error dismissed. All the Justices concur.*

ARGUED SEPTEMBER 10, 1963—DECIDED OCTOBER 10, 1963.

*Duffy, Hendrix & Miller,* for plaintiff in error.

*Lewis, Wylly & Javetz, John Wylly,* contra.